IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RHONDA WHEELDON**                                                                                      **PLAINTIFF**

**VS.**                                              **NO:1:09CV00066**

**JUSTIN W. SHAVER**                                                                                     **DEFENDANT**

## ORDER

Pending is Plaintiff's motion to dismiss with prejudice. (Docket #6). For good cause shown, Plaintiff's motion is GRANTED. Plaintiff's complaint is hereby dismissed with prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 15th day of April, 2010.

_____
James M. Moody
United States District Judge